1    KEVIN V. RYAN (CASBN 118321)
     United States Attorney
2
     EUMI L. CHOI (WVBN 07225)
3    Chief, Criminal Division

4    H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
     Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3717
7       Facsimile: (510) 637-3724

8    Attorneys for Plaintiff

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12   UNITED STATES OF AMERICA,          )    Case No. 05-70949 WDB
                                        )
13            Plaintiff,                )    ORDER GRANTING STIPULATION TO
                                        )    WAIVE TIME UNDER SPEEDY TRIAL
14       v.                             )    CLOCK AND FOR PRELIMINARY
                                        )    HEARING
15   JAYSON GORDON WESTFALL,            )
                                        )    Date:   December 16, 2005
16            Defendant.                )    Time:   10:00 a.m.
     _____)    Before the Honorable Wayne D. Brazil
17

18                                **ORDER**

19          Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed

20   a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to

21   waive and extend the time for the preliminary hearing and to exclude the time between December

22   16, 2005 and January 12, 2006 from the Speedy Trial Clock.  The Stipulation was signed by

23   counsel of record as well as the defendant knowingly and voluntarily waiving his right to a

24   preliminary hearing on December 16, 2005, and extending the preliminary hearing until January

25   12, 2006.  The Stipulation also noted that the United States is expected to provide discovery to

26   Mr. Westfall's counsel.  This information will allow Mr. Westfall's counsel to better evaluate the

27   case and assist in preparing a defense.  Counsel also acknowledged that an exclusion of time

28

     ORDER GRANTING PRELIMINARY
     HEARING EXTENSION AND EXCLUSION
     Case No.  05-70949 WDB                    1

under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense

counsel taking into account the exercise of due diligence. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between December 16, 2005 and

January 12, 2006 is excluded from the Speedy Trial Clock to allow counsel to effectively

prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The

Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the

best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

Additionally, the Court finds that the Defendant, Mr. Westfall, knowingly and voluntarily waived

the period between December 16, 2005 and January 12, 2006, such that preliminary hearing is

now scheduled for January 12, 2006 at 10:00 a.m.

DATED: December 9, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Distribute to:

Steve Emery Teich
1390 Market St. #310
San Francisco, CA 94102
Counsel for Defendant

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 05-70949 WDB                 2