| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3717 |
| 7 | Facsimile: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 06-00097 MJJ |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL CLOCK |
| v. | ) ) | |
| JAYSON GORDON WESTFALL, | ) | Date: June 2, 2006<br>Time: 2:30 p.m. |
| Defendant. | ) ) | Before the Honorable Martin J. Jenkins |

This matter was set to come before the Court on May 19, 2006 at 2:30 p.m. for Mr. Westfall's status or trial setting. Prior to appearing, the matter was taken off calendar in light of the parties resolution pursuant to a plea agreement. A copy of the plea agreement was provided to chambers on May 26, 2006 for the Court's consideraiton.

**IT IS HEREBY ORDERED**, in light of the Court's consideration of the plea agreement that the time between May 26, 2006 and June 2, 2006 is excluded under the Speedy Trial Clock pursuant to 18 U.S.C. §§ 3161(h)(1)(I)

DATED: 5/30/2006

_____
MARTIN J. JENKINS
United States District Judge

| | |
|---|---|
| 1 | Distribute to: |
| 2 | Dennis Roberts |
| 3 | 370 Grand Avenue<br>Oakland, CA 94610<br>Counsel for Defendant |
| 4 | |
| 5 | H. H. (Shashi) Kewalramani<br>Assistant United States Attorney |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Counsel for Plaintiff |
| 7 | |

[PROPOSED] ORDER GRANTING STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL CLOCK
Case No. CR 06-00097 MJJ  2